IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KELLY McGOWAN, Individually** | § | |
| **JESSICA CLOUSE, Individually** | § | |
| **LINDSAY HEYMAN, Individually** | § | |
| **MEGHAN KLEIN, Individually** | § | |
| **SYDNEY SEVERSON, Individually** | § | |
| **REBEKAH TATE, Individually** | § | |
| **MARISSA JENNINGS, Individually** | § | |
| **LAUREN MOORE, Individually, and** | § | |
| **LAURA KADE, Individually,** | § | **CASE NO.: 3:18-CV-00141-N** |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| **SOUTHERN METHODIST** | § | |
| **UNIVERSITY,** | § | |
| | § | |
| Defendant. | § | |

## APPENDIX IN SUPPORT OF
## REPLY MEMORANDUM IN SUPPORT OF BILL OF COSTS

Defendant Southern Methodist University ("SMU") files this Appendix in Support of Reply Memorandum in Support of Bill of Costs. SMU incorporates the contents of this Appendix for all purposes within its Reply Memorandum, filed contemporaneously herewith.

Dated: June 5, 2024                             Respectfully submitted,

/s/ *Robin G. Shaughnessy*
Kimberly F. Williams
 State Bar No. 24050592
 kwilliams@omm.com
**O'MELVENY & MEYERS LLP**
2801 N. Harwood Street, Suite 1600
Dallas, Texas 75201
(972) 360-1900 (Telephone)
(972) 360-1901 (Telecopier)

~and~

Robin G. Shaughnessy
 State Bar No. 24012713
 rshaughnessy@lockelord.com
Jennifer M. McCoy
 State Bar No. 24089805
 jennifer.mccoy@lockelord.com
Aaron S. Nava
 State Bar No. 24134375
 aaron.nava@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been sent via ECF electronic service, on this 5th day of June 2024, to the following counsel of record:

Sheila P. Haddock
Alexander S. Zalkin
Irwin M. Zalkin
The Zalkin Law Firm
12555 High Bluff Drive, Ste. 301
San Diego, CA 92130
sheila@zalkin.com
alex@zalkin.com
irwin@zalkin.com

                                          */s/ Robin G. Shaughnessy*
                                          Robin G. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KELLY McGOWAN, Individually; <br> JESSICA CLOUSE, Individually; <br> LINDSAY HEYMAN; Individually; <br> MEGHAN KLEIN, Individually; <br> SYDNEY SEVERSON, Individually; <br> REBEKAH TATE, Individually; <br> MARISSA JENNINGS, Individually; <br> LAUREN MOORE, Individually; and <br> LAURA KADE, Individually, <br><br> **Plaintiffs,** <br><br> v. <br><br> **SOUTHERN METHODIST UNIVERSITY,** <br><br> **Defendant.** | **CASE NO.: 3:18-CV-00141-N** |

## DECLARATION OF ROBIN G. SHAUGHNESSY

1. My name is Robin G. Shaughnessy. I am over the age of eighteen and am fully competent to make this Declaration. The facts contained herein are within my personal knowledge and are true and correct.

2. I am an attorney at Locke Lord LLP and, together with Kimberly F. Williams of O'Melveny & Myers LLP and other Locke Lord LLP attorneys ("SMU's counsel"), I represent Southern Methodist University ("SMU") in this lawsuit.

3. Each deposition for which SMU seeks the reimbursement of costs through its Bill of Costs was and/or was intended for use in motion practice and/or trial in this case.

4. SMU paid an expedited fee for the deposition transcript of Ms. Megan Ervin in order to rely upon the transcript to advance the parties' settlement negotiations at mediation, which occurred shortly after Ms. Ervin's deposition. The parties scheduled Ms. Ervin's deposition in coordination with each other and Ms. Ervin.

5. In regards to the costs incurred in connection with the remote nature of certain depositions in this case, SMU requested that the depositions take place in-person. However, Plaintiffs declined SMU's request and most depositions that occurred during the COVID-19 pandemic were held remotely as a result.

6. Throughout this case, another of SMU's counsel and/or I have been in regular communication with discovery and other third-party vendors, including Platinum IDS, LLC ("Platinum").

7. Similar to the deposition-related costs sought, the discovery-related costs sought by SMU were incurred in connection with documents and information necessarily used to comply with Plaintiffs' discovery requests and/or for use in motion practice or the trial of this case. For example:

    a. The $1,107.54 reflected in Platinum Invoices #63265 and #76005 was incurred in connection with scanning and conversion of approximately ten years of handwritten notebooks and other hard copy documents maintained by former SMU rowing coaches Jessi Hooper and Doug Wright, along with extraction of text messages and SMU rowing team group chats from cell phones;

    b. The $445.03 reflected in Platinum Invoice #72533 was incurred in connection with converting load files from flash drives maintained by former SMU rowing coach Doug Wright and former SMU strength and conditioning coach Amber Cortese; and

    c. The $476,80 reflected in Platinum Invoice #74064 was incurred in connection with conversion and loading of photographs of the SMU women's rowing team by former SMU rowing coach Paige Love.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2024 in Dallas, Texas.

_____

By:  ROBIN G. SHAUGHNESSY

**DECLARATION OF ROBIN G. SHAUGHNESSY**