## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **KELLY MCGOWAN, Individually;** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Case No.: 3:18-CV-00141-N** |
| **v.** | § | |
| | § | |
| **SOUTHERN METHODIST** | § | |
| **UNIVERSITY;** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| _____ | § | |

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff Kelly McGowan and Defendant Southern Methodist University hereby give notice to the Court that they have reached a settlement agreement in principle. Accordingly, the parties request the Court stay all deadlines and delay any ruling on matters related to Defendant's pending motion for summary judgment for 30 days to allow them time to formalize and execute a final settlement agreement and release and file a motion for dismissal with prejudice with the Court.

Dated: February 19, 2025

Respectfully submitted,

*/s/ Sheila P. Haddock*
Sheila P. Haddock (#00790810)
Attorney-in-charge
sheila@zalkin.com
ZALKIN LAW LLP

111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone/ (737) 301-5871
Facsimile/ (858) 259-3015

Daniel L. Varon *(pro hac vice)*
daniel@zalkin.com
Hunter D.L. Haddock
hunter@zalkin.com
ZALKIN LAW LLP
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
Telephone/ (858) 259-3011
Facsimile/ (858) 259-3015

*Attorneys for Plaintiff*


*/s/ Kimberly F. Williams*
Kimberly F. Williams
State Bar No. 24050592
kwilliams@omm.com
O'MELVENY & MEYERS LLP
2801 N. Harwood Street, Suite 1600
Dallas, Texas 75201
(972) 360-1900 (Telephone)
(972) 360-1901 (Telecopier)

Robin G. Shaughnessy
State Bar No. 24012713
robin.shaughnessy@troutman.com
Jennifer M. McCoy
State Bar No. 24089805
jennifer.mccoy@troutman.com
Aaron S. Nava
State Bar No. 24134375
aaron.nava@troutman.com
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

David Luningham
State Bar No. 12698850
dluningham@watsoncaraway.com

Ryan Trammell
State Bar No. 24085877
rtrammell@watsoncaraway.com
WATSON, CARAWAY, LUNINGHAM,
BRADLEY AND
TRAMMELL, L.L.P
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102
(817) 870-1717 (Telephone)
(817) 338-4842 (Telecopier)

*Attorneys for Defendant*
SOUTHERN METHODIST UNIVERSITY