# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **KELLY McGOWAN, Individually,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CASE NO.: 3:18-CV-00141-N** |
| **SOUTHERN METHODIST UNIVERSITY,** | § § § § | |
| **Defendant.** | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kelly McGowan ("Plaintiff" or "McGowan") and Defendant Southern Methodist University ("Defendant" or "SMU") file this Joint Stipulation of Dismissal with Prejudice, and would respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted in this matter, be dismissed with prejudice to the re-filing of the same. The Parties agree to each bear their own attorneys' fees, costs and other expenses incurred because of this lawsuit or because of the claims involved in this lawsuit.

WHEREFORE, the Parties respectfully request that this Court dismiss this cause with prejudice to it being re-filed, with each party to bear its own costs and attorneys' fees.

Dated: March 21, 2025              Respectfully submitted,

/s/ *Sheila P. Haddock*

Sheila P. Haddock
  Attorney-in-Charge
  State Bar of Texas No. 00790810
  sheila@zalkin.com
ZALKIN LAW LLP
111 Congress Ave., Suite 500
Austin, TX 78701
Telephone: (737) 301-5871
Facsimile: (858) 259-3015

  Irwin M. Zalkin (*pro hac vice*)
    irwin@zalkin.com
  Alexander S. Zalkin (*pro hac vice*)
    alex@zalkin.com
ZALKIN LAW LLP
  10590 W. Ocean Air Drive, Ste. 175
  San Diego, CA 92130
  Telephone: (858) 259-3011
  Facsimile: (858) 259-3015

**ATTORNEYS FOR PLAINTIFF**

        */s/ Kimberly F. Williams*
        Kimberly F. Williams
          State Bar No. 24050592
          kwilliams@omm.com
        O'MELVENY & MEYERS LLP
        2801 N. Harwood Street, Suite 1600
        Dallas, Texas 75201
        (972) 360-1900 (Telephone)
        (972) 360-1901 (Telecopier)

        Robin G. Shaughnessy
          State Bar No. 24012713
          robin.shaughnessy@troutman.com
        Jennifer M. McCoy
          State Bar No. 24089805
          jennifer.mccoy@troutman.com
        Aaron S. Nava
          State Bar No. 24134375
          aaron.nava@troutman.com
        TROUTMAN PEPPER LOCKE LLP
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201
        (214) 740-8000 (Telephone)
        (214) 740-8800 (Telecopier)

        **ATTORNEYS FOR DEFENDANT**