IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KELLY McGOWAN,** § § | |
| **Plaintiff,** § § | |
| v. § | **CASE NO.: 3:18-CV-00141-N** |
| § | |
| **SOUTHERN METHODIST** § | |
| **UNIVERSITY,** § § | |
| **Defendant.** § | |

## PROPOSED ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation"). The Court, having considered the Joint Stipulation, finds that the Joint Stipulation should be, and hereby is, **GRANTED**.

It is, therefore, **ORDERED** that Plaintiff Kelly McGowan's ("Plaintiff") claims asserted against Defendant Southern Methodist University ("SMU") in this matter are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED** this _____ day of _____ 2025.

_____
CHIEF DISTRICT JUDGE DAVID C. GODBEY