**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KELLY McGOWAN, Individually,**<br>**JESSICA CLOUSE, Individually,**<br>**LINDSAY HEYMAN, Individually,**<br>**MEGHAN KLEIN, Individually,**<br>**SYDNEY SEVERSON, Individually,**<br>**REBEKAH TATE, Individually,**<br>**MARISSA JENNINGS, Individually,**<br>**LAUREN MOORE, Individually,**<br>**LAURA KADE, Individually,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SOUTHERN METHODIST UNIVERSITY,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO.: 3:18-CV-00141-N** |

**JOINT STIPULATION OF AWARD OF COSTS**

Plaintiffs Jessica Clouse, Lindsay Heyman, Meghan Klein, Sydney Severson, Rebekah Tate, Marissa Jennings, Lauren Moore, and Laura Kade ("Plaintiffs"), and Defendant Southern Methodist University ("Defendant" or "SMU") (collectively, the "Parties"), file this Joint Stipulation of Award of Costs ("Joint Stipulation") and would respectfully show the Court as follows:

1. On April 29, 2024, the Court entered a final judgment in this case against Plaintiffs. Doc. 180.

2. On May 23, 2024, SMU filed a Motion for Bill of Costs against Plaintiffs, along with a brief in support and appendix. Docs. 182–84.

3. On August 20, 2024, the Court issued an opinion and taxed costs against Plaintiffs in the amount of $184,033.11. Docs. 192–93.

4. On September 17, 2024, Plaintiffs appealed the Court's award of costs to the United States Court of Appeals for the Fifth Circuit, Case No. 24-10860. On March 16, 2026, the Fifth Circuit affirmed this Court's award of costs.

5. Following the Fifth Circuit's ruling, the Parties have agreed to a stipulated amount of costs to be paid by Plaintiffs to SMU.

6. Plaintiffs and SMU have agreed that SMU shall recover from Plaintiffs costs in the amount of $85,000.00 (the "Costs Award"). Plaintiffs shall be jointly and severally liable for the Costs Award. Plaintiffs agree that they shall pay the Costs Award to SMU no later than thirty (30) days following the Court's entry of an Order granting this Joint Stipulation, without any collection efforts by SMU.

7. Accordingly, the Parties respectfully request that the Court enter an order in accordance with the Parties' agreement.

Dated: April 10, 2026

Respectfully submitted,

*/s/ Sheila P. Haddock (with permission KFW)*

Sheila P. Haddock
Attorney-in-Charge
State Bar of Texas No. 00790810
sheila@zalkin.com
THE ZALKIN LAW FIRM, P.C.
111 Congress Ave., Suite 500
Austin, TX 78701
Telephone: (737) 301-5871
Facsimile: (858) 259-3015

Irwin M. Zalkin (*pro hac vice*)
irwin@zalkin.com
Alexander S. Zalkin (*pro hac vice*)
alex@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W. Ocean Air Drive, Ste. 125
San Diego, CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Kimberly F. Williams*
Kimberly F. Williams
State Bar No. 24050592
kwilliams@omm.com
O'MELVENY & MEYERS LLP
2801 N. Harwood Street, Suite 1600
Dallas, Texas 75201
(972) 360-1900 (Telephone)
(972) 360-1901 (Telecopier)

Robin G. Shaughnessy
State Bar No. 24012713
robin.shaughnessy@troutman.com
Jennifer M. McCoy
State Bar No. 24089805
jennifer.mccoy@troutman.com
Aaron S. Nava
State Bar No. 24134375
aaron.nava@troutman.com
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via ECF electronic service, on April 10, 2026, to the following counsel of record:

Sheila P. Haddock (sheila@zalkin.com)
Alexander S. Zalkin (alex@zalkin.com)
Irwin M. Zalkin (irwin@zalkin.com)
The Zalkin Law Firm
10590 W. Ocean Air Drive, Ste. 175
San Diego, CA 92130

*/s/ Kimberly F. Williams*
Kimberly F. Williams